ANNA HOCHSTEIN, Respondent, *v.* SOLOMON SCHLANGER, Appellant, Impleaded with Others.

*Hochstein* v. *Schlanger*, 150 App. Div. 124, affirmed.
(Argued February 28, 1913; decided March 25, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial depart-

33

ment, entered April 4, 1912, which affirmed an order of Special Term granting plaintiff's motion for judgment on the pleadings and overruling defendant's demurrer to the complaint in an action to foreclose a mortgage on real property.

The following questions were certified: "1. Does the complaint state facts sufficient to constitute a cause of action? 2. Are two causes of action improperly united?"

*Meyer Levy* for appellant.

*Henry J. Block* for respondent.

Order affirmed, with costs, first question certified answered in the affirmative, second question in the negative; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.